**FILED**
December 11, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | Case No. CR.S-08-0554-WBS |
| Plaintiff,      ) | |
| v.                                                   ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| SABRINA MARIE BUCHER,      ) | |
| ) | |
| Defendant.       ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SABRINA MARIE BUCHER, Case No. CR.S-08-0554-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00.

　　_X_   Unsecured Appearance Bond

　　___   Appearance Bond with Surety

　　_X_   (Other) <u>Conditions as previously stated on the record.</u>

　　___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12/11/08  at  3:13 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge