1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  SABRINA BUCHER

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-CR-00554 WBS |
| Plaintiff, | |
| v. | **MOTION FOR MODIFICATION OF BRIEFING AND HEARING SCHEDULE PERTAINING TO MOTION TO DISMISS; STIPULATION AND [PROPOSED] ORDER** |
| SABRINA BUCHER, et al. | |
| Defendants. | |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney William S. Wong and defendant, Sabrina Bucher, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for hearing on the motion to dismiss based on violation of the Speedy Trial Act, March 8, 2010 at 8:30 a.m., and to reset such hearing on March 22, 2010 at 8:30 a.m. in the courtroom of the Honorable William B. Shubb.

The parties further agree and stipulate to modify the briefing schedule pertaining to the motion to dismiss as follows:

| | |
|---|---|
| Defendant's motion to dismiss | February 26, 2010 |
| Government's opposition | March 12, 2010 |
| Defendant's reply | March 19, 2010 |

The reason for this request is to afford the parties additional time to meet and discuss possible resolution of this case which may make filing of the motion to dismiss unnecessary. The Court is further advised that should the parties come to an agreement regarding such resolution the parties will notify the Court and file any further stipulation as appropriate. The Court is advised that Mr. Wong concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until March 22, 2010 should be excluded in computing time for commencement of trial under the Speedy Trial Act, to allow the filing and litigation of a pre-trial motion and based upon the interest of justice under 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(B)(iv), and to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation under Local Code T4. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: February 12, 2010                    BENJAMIN WAGNER
                                            United States Attorney

                                        By:      /s/ William S. Wong
                                            WILLIAM S. WONG
                                            Assistant United States Attorney


Dated: February 12, 2010                         /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
                                            Attorney for Defendant
                                            SABRINA BUCHER

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for hearing on the motion to dismiss of March 8, 2010 at 8:30 a.m. is VACATED and the hearing on such motion is set on March 22, 2010 at 8:30 a.m.  The court finds excludable time in this matter from the filing of this stipulation through March 22, 2010 under 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation and the filing and litigation of pre-trial motions.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(1)(D), (h)(7)(B)(iv).

IT IS FURTHER ORDERED that the briefing schedule pertaining to the motion to dismiss is modified as follows:

| | |
|---|---|
| Defendant's motion to dismiss | February 26, 2010 |
| Government's opposition | March 12, 2010 |
| Defendant's reply | March 19, 2010 |

IT IS SO ORDERED.

Dated:   February 12, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE