1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  SABRINA BUCHER

### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 08-CR-00554 WBS** |
| Plaintiff, | |
| v. | **MOTION TO VACATE BRIEFING SCHEDULE AND SET STATUS CONFERENCE IN LIEU OF HEARING; STIPULATION AND [PROPOSED] ORDER** |
| SABRINA BUCHER, et al. | |
| Defendants. | |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney William S. Wong and defendant, Sabrina Bucher, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the briefing schedule currently set pertaining to the motion to dismiss without prejudice to defendant's resetting such briefing schedule to litigate such motion to dismiss in the future should the case not settle.

The parties further agree and stipulate that the date currently set for hearing on the motion to dismiss, March 22, 2010 at 8:30 a.m. in the courtroom of the Honorable William B. Shubb, can remain on calendar as a status conference.

The reason for this request is that the parties contemplate that the matter will resolve.  The Court is advised that should the case not resolve, the government has no opposition to defendant

resetting a briefing schedule for purposes of litigating said motion to dismiss. The Court is further advised that Mr. Wong concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until March 22, 2010 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(B)(iv), and to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation under Local Code T4. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: February 24, 2010                                         BENJAMIN WAGNER
                                                                 United States Attorney

                                                                 By:      /s/ William S. Wong
                                                                 WILLIAM S. WONG
                                                                 Assistant United States Attorney


Dated: February 24, 2010                                              /s/ Erin J. Radekin
                                                                 ERIN J. RADEKIN
                                                                 Attorney for Defendant
                                                                 SABRINA BUCHER

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the briefing schedule pertaining to the motion to dismiss is VACATED without prejudice to defendant resetting a briefing schedule in the future for purposes of litigating said motion to dismiss, and the hearing on such motion, March 22, 2010 at 8:30 a.m., is deemed a status conference. The court finds excludable time in this matter from the filing of this stipulation through March 22, 2010 under 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the

1  parties, the Court finds that the interest of justice served by granting the request outweigh the best
2  interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(1)(D), (h)(7)(B)(iv).
3  IT IS SO ORDERED.
4  Dated:  February 24, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE