**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SABRINA BUCHER

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>SABRINA BUCHER,<br><br>          Defendants. | Case No. 08-CR-00554 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney William S. Wong and defendant, Sabrina Bucher, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference on September 27, 2010 at 8:30 a.m. and to reset such hearing on December 13, 2010 at 8:30 a.m. in the courtroom of the Honorable William B. Shubb.

The reason for this request is that additional time is needed for the parties to discuss resolution of this case.  The Court is advised that Mr. Wong concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until December 13, 2010 should be excluded in computing time for commencement of trial under the

Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: September 23, 2010                        BENJAMIN WAGNER
                                                 United States Attorney

                                          By:      /s/ William S. Wong
                                                 WILLIAM S. WONG
                                                 Assistant United States Attorney


Dated: September 23, 2010                          /s/ Erin J. Radekin
                                                 ERIN J. RADEKIN
                                                 Attorney for Defendant
                                                 SABRINA BUCHER

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of September 27, 2010 at 8:30 a.m. is VACATED and the above-captioned matter is set for status conference on December 13, 2010 at 8:30 a.m. The court finds excludable time in this matter through December 13, 2010 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: September 23, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE