1   **ERIN J. RADEKIN**
    **Attorney at Law  - SBN 214964**
2   428 J Street, Suite 350
    Sacramento, California 95814
3   Telephone: (916) 446-3331
    Facsimile: (916) 447-2988
4
    Attorney for Defendant
5   SABRINA BUCHER

6

7

8                     **IN THE UNITED STATES DISTRICT COURT FOR THE**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,

12                    Plaintiff,                      **Case No. 08-CR-00554 WBS**

13  v.

14                                                    **STIPULATION AND [PROPOSED] ORDER**
    SABRINA BUCHER, et al.                            **FOR CONTINUANCE OF STATUS**
15                                                    **CONFERENCE**
                      Defendants.
16

17

18

19                                    **STIPULATION**

20          Plaintiff, United States of America, by and through its counsel, Assistant United States

21  Attorney William S. Wong and defendant, Sabrina Bucher, by and through her counsel, Erin J.

22  Radekin, agree and stipulate to vacate the date set for status conference, December 13, 2010 at 8:30

23  a.m. and to reset such hearing on February 7, 2011 at 8:30 a.m. in the courtroom of the Honorable

24  William B. Shubb.

25          The reason for this request is that additional time is needed by the parties to negotiate

26  resolution of this case.  The Court is advised that Mr. Wong concurs with this request and has

27  authorized Ms. Radekin to sign this stipulation on his behalf.

28          The parties further agree and stipulate that the time period from the filing of this stipulation

    until February 7, 2011 should be excluded in computing time for commencement of trial under the

Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local

Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense

preparation.  It is further agreed and stipulated that the ends of justice served in granting the request

outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.


Dated: December 10, 2010                          BENJAMIN WAGNER
                                                  United States Attorney

                                      By:_____/s/ William S. Wong_____
                                                  WILLIAM S. WONG
                                                  Assistant United States Attorney



Dated: December 10, 2010                          _____/s/ Erin J. Radekin_____
                                                  ERIN J. RADEKIN
                                                  Attorney for Defendant
                                                  SABRINA BUCHER


## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the

status conference date of December 13, 2010 at 8:30 a.m. is VACATED and the above-captioned

matter is set for status conference on February 7, 2011 at 8:30 a.m.   The court finds excludable time

in this matter through February 7, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to

allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.

For the reasons stipulated by the parties, the Court finds that the interest of justice served by

granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18

U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   December 14, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE