1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  SABRINA BUCHER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>SABRINA BUCHER, et al.<br><br>            Defendants. | Case No. 08-CR-00554 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney William S. Wong and defendant, Sabrina Bucher, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, February 7, 2011 at 8:30 a.m. and to reset such hearing on March 7, 2011 at 8:30 a.m. in the courtroom of the Honorable William B. Shubb.

The reason for this request is that additional time is needed by the parties to negotiate resolution of this case.  The Court is advised that Mr. Wong concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until March 7, 2011 should be excluded in computing time for commencement of trial under the

Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: February 4, 2011  BENJAMIN WAGNER
United States Attorney

By: /s/ William S. Wong
WILLIAM S. WONG
Assistant United States Attorney

Dated: February 4, 2011  /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
SABRINA BUCHER

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of February 7, 2011 at 8:30 a.m. is VACATED and the above-captioned matter is set for status conference on March 7, 2011 at 8:30 a.m. The court finds excludable time in this matter through March 7, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: February 7, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE