1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  SABRINA BUCHER

6

7
                    IN THE UNITED STATES DISTRICT COURT FOR THE
8
                           EASTERN DISTRICT OF CALIFORNIA
9

10

11 | UNITED STATES OF AMERICA,
12 |         Plaintiff,                    Case No. 08-CR-00554 WBS
13 | v.
14 |                                        **STIPULATION AND [PROPOSED] ORDER**
   | SABRINA BUCHER, et al.                **FOR CONTINUANCE OF STATUS**
15 |                                        **CONFERENCE**
   |         Defendants.
16

17

18

19                                    **STIPULATION**

20      Plaintiff, United States of America, by and through its counsel, Assistant United States

21 Attorney William S. Wong and defendant, Sabrina Bucher, by and through her counsel, Erin J.

22 Radekin, agree and stipulate to vacate the date set for status conference, March 7, 2011 at 8:30 a.m.

23 and to reset such hearing on April 4, 2011 at 8:30 a.m. in the courtroom of the Honorable William B.

24 Shubb.

25      The reason for this request is that additional time is needed by the parties to negotiate

26 resolution of this case.  The Court is advised that Mr. Wong concurs with this request and has

27 authorized Ms. Radekin to sign this stipulation on his behalf.

28      The parties further agree and stipulate that the time period from the filing of this stipulation

until April 4, 2011 should be excluded in computing time for commencement of trial under the

Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: February 28, 2011                     BENJAMIN WAGNER
                                             United States Attorney

                                             By:     /s/ William S. Wong
                                                 WILLIAM S. WONG
                                                 Assistant United States Attorney


Dated: February 28, 2011                         /s/ Erin J. Radekin
                                             ERIN J. RADEKIN
                                             Attorney for Defendant
                                             SABRINA BUCHER


## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of March 7, 2011 at 8:30 a.m. is VACATED and the above-captioned matter is set for status conference on April 4, 2011 at 8:30 a.m. The court finds excludable time in this matter through April 4, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   February 28, 2011

                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE