```
1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-0554 WBS |
| Plaintiff, | ORDER TO DISMISS INDICTMENT |
| v. | |
| SABRINA MARIE BUCHER, | |
| Defendant. | |

Based on the government's motion, it is hereby ordered that the Indictment in Case Number 08-554 as to Sabrina Marie Bucher be dismissed with prejudice.

DATED: May 24, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE